# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EDD COX, JR.,

      Petitioner,

v.                              CASE NO. 4:09cv265-RH/WCS

STATE OF FLORIDA,

      Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 9) and the objections (document 10). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The petition under 28 U.S.C. § 2254 is DISMISSED as an unauthorized second or successive petition. The clerk must enter judgment and close the file.

    SO ORDERED on October 5, 2009.

                                                s/Robert L. Hinkle
                                                United States District Judge